UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

___FT. Myers___ Division

CIVIL RIGHTS COMPLAINT FORM

Norman Wayne Jones Pro se    CASE NUMBER: _____
(To be supplied by Clerk's Office)

2:12-cv-285-FtM-29SPC

(Enter full name of each Plaintiff and prison number, if applicable)

v.

CPL. Rob Leocadio

DET. Patrick McManus

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

2012 MAY 22 PM 12:42
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

FILED

ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Collier County Jail
(Indicate the name and location)
@ 3301 E. Tamiami Trail, Naples, Florida 34101

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS: No

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

  1. Parties to previous lawsuit:

     Plaintiff(s): _____

     _____

     Defendant(s): _____

     _____

  2. Court (if federal court, name the district; if state court, name the county):

     _____

  3. Docket Number: _____

  4. Name of judge: _____

  5. Briefly describe the facts and basis of the lawsuit: _____

     _____

     _____

  6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

     _____

     _____

  7. Approximate filing date: _____

  8. Approximate disposition date: _____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_____

_____

_____

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Norman Wayne Jones

Mailing address: 365 Pine Cone Lane
Naples, Florida 34104

B. Additional Plaintiffs: _____

_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Rob Leocadio Collier County Sheriffs Dept.

Mailing Address: 3319 E. Tamiami Trail
Naples Florida 34112

Position: Deputy Sheriff (SWAT Team)

Employed at: Collier County Sheriffs Dept

D. Defendant: Patrick McManus, Collier County Sheriffs Dept

Mailing Address: 3319 E. Tamiami Trail
Naples Florida 34112

Position: Deputy Sheriff (Vice/Narcotics Unit)

Employed at: Collier County Sheriffs Dept.

E. Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

F. Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

G. Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

V. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

I was punched in my face numerious times, by Cpl. Rob Leocadio Resulting in loosing 2 teeth, Also loosening 3 others teeth, leaving my face, Brused & swollen
Police Brutality,
Excissive force
Assult & Battery

VI. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

ON 10/6/11 AT APPROX 1726 HOURS, I WAS PULLED OVER AT 20TH PL. S.W. & 41ST TER S.W. UPON BEING TOLD TO EXIT THE CAB, I WAS ESCORTED TO THE UNMARKED VICE/NARCODICS (SUV) Officer ON SITE STATED THAT I HAD AN ACTIVE BENCH WARRENT, AT WHICH TIME I WAS HANDCUFFED, ONCE HANDCUFFED I WAS GRABED BY MY NECK FRONT & BACK SQUEEZING TIGHT BY DETECTIVE McMANUS, SCREAMING, SPIT IT OUT, SPIT IT OUT, I RESPONDED SPIT WHAT OUT, CPL ROB LEOCADIO, ADMINISTERED 4 HARD BLOWS PUNCHES TO TO MY FACE (MOUTH AREA) FROM APPROX 10 INCHES AWAY, LOOSENING

teeth, that eventually fell out, to this day I still have 2 teeth that are dangling loose. Also, swelling my face, as both Robleocadio & Detective McManus, struggle to inflict more pain to me by squeezing my neck, to the point I couldn't breath, about to pass out, CPL Leocadio. Removed his Taser, and Administered 50,000 volts (Drive Stun) for a full 5 seconds, which totally 100% paralyzed me. Upon entering Naples Community Hospital Dr Lee (Emergency Room) Doctor, seen my face, and had me rushed up to get a CAT scan of my face, to see if there were any fractures to my face, or neck. He observed the finger bruises in front of my neck Also in back of my neck, from Detective McManus, Dr. Lee, observed my swollen face, and just shook his head, Dr Lee asked me, why I was there, I told him they Officer Leocadio & Det. McManus thinks I swallowed a bunch of crack cocaine, Dr Lee Asked me (Did you) I said No, He asked me if I was hungry, I said very, He had, a plate of food brought to me, big turkey sandwich salad milk juice, I ate all that, and asked if that was enough, I said I could eat another turkey sandwich the nurse brought me another tray, 2 ½ hours later, Dr. Lee came to me & said, He didn't see any indications, of me ingesting any cocaine, my eyes weren't Dialated, I had an appitite of a horse and I was Discharged, w/ Negative fractures to my face

VII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

$500,000,000. Pain & suffering, and I don't want any body else

DC 225 (Rev 2/2012)     6

to Have to Go Through The Agony & Pain, That was not called for By CPL. Rob Leocadio, & Detective McManus, Also, To Direct Collier County Sheriffs Dept. To Retrain These officers, in A more civil manner, And Ask This Honorable court To Reprimand Rob Leocadio And Detective McManus, And Grant my Request, of monies, for The Pain & Suffering & mental Anguish, And The Replacement of my teeth, & Dental costs - xRays & office visits

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 21 day of September, 2011.

*Harmon Jones*

(Signatures of all Plaintiffs)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 16 day of MAY, 2012.