UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**NORMAN WAYNE JONES,**

    **Plaintiff,**

V.                                      **Case No:  2:12-CV-285-FtM-29SPC**

**ROB LEOCADIO and PATRICK MCMANUS**

    **Defendants.**
_____/

## ORDER

This matter comes before the Court on review of the file.  On May 31, 2012, this court granted Plaintiff *pro se's* Motion to Proceed *In Forma Pauperis* to the extent that the case may proceed without the prepayment of the entire filing fee.  The Court will now direct the Clerk to send additional forms to Plaintiff so that service may be effectuated.

Accordingly, it is now

**ORDERED:**

1. Plaintiff must complete each of the enclosed forms for Defendant Rob Leocadio and Patrick McManus:

    **A.**    **Notice of Lawsuit and Request for Waiver of Service of Summons**

    Plaintiff shall complete blanks A-F on the Notice of Lawsuit and Request for Waiver of Service of Summons Form.  Plaintiff should write in "30" in Blank F.  **PLAINTIFF MUST SIGN THE NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS FORM**.  Plaintiff <u>should not</u> fill in the date in the line that reads: "I affirm that this request is being

1

       sent to you on behalf of the plaintiff, this _____ day of _____."

       Plaintiff must return the original and one copy of the completed Notice of Lawsuit and Request for Waiver of Service of Summons.

   **B.**   **Waiver of Service of Summons**

       Plaintiff shall write his name in the top blank of the form. Plaintiff must return the original and one copy of the completed Waiver of Service of Summons.

   **C.**   **Summons and Marshal's forms (Form 285)**

       Plaintiff is required to fill in the name(s) and address(es) of Defendant(s) in the appropriate spaces on the summons and marshal's forms. Plaintiff shall fill in "20" as the number of days allowed to answer. **PLAINTIFF MUST SIGN THE 285 FORM**.

2. Plaintiff must then mail the completed forms to the Clerk's Office within **thirty (30) days** from the date on this Order. Failure to return the completed forms within this time period may result in the imposition of sanctions including the dismissal of this action against those Defendants without further notice.

3. The **Clerk of Court** shall forward **two (2)** of the following forms: (1) Notice of Lawsuit and Request for Waiver of Service of Summons (two-part form); (2) Summons; and, (3) United States Marshall Service (Form 285) to Plaintiff.

   **DONE** and **ORDERED** in Fort Myers, Florida this 12th Day of June, 2012.



SHERI POLSTER CHAPPELL  
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record