UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NORMAN WAYNE JONES,

    Plaintiff,

v.                                        Case No:  2:12-cv-285-Ftm-29SPC

ROB LEOCADIO, PATRICK MCMANUS
and KEVIN RAMBOSK,

    Defendants.
_____/

## ORDER

This matter comes before the Court on Defendants' Motion to Compel Plaintiff to Respond to Interrogatories and Request for Production (Doc. #54) filed on January 4, 2013. Plaintiff *pro se* Norman Wayne Jones has failed to file a response in opposition.

Defendants' Request for Production was mailed to Plaintiff on October 16, 2012. Plaintiff's response was due no later than November 16, 2012. Plaintiff has failed to respond to Defendants' Request for Production.

Defendants' Interrogatories were mailed to Plaintiff on October 18, 2012. Plaintiff's response was due no later than November 19, 2012. Plaintiff has failed to respond to Defendants' Interrogatories.

Defendants now move the Court for an order compelling Plaintiff to respond.[1] The Motion is due to be granted. **Plaintiff is reminded that even though he is *pro se* he is expected to prosecute this action against Defendants**. That includes responding to all written discovery served on him by the Defendants. If more time is needed to respond, Plaintiff must correspond

---

[1] Plaintiff filed a Notice of Change of Address (Doc. #55) on January 14, 2013, informing the Court that he had been moved to a different facility. The Certificate of Service on the instant Motion to Compel indicates though that the Defendants mailed the Motion to the new address.

with opposing counsel to obtain more time or file a motion with the Court.  **Failure to prosecute and participate in this action could result in the action being dismissed without further notice**.

Accordingly, it is now

**ORDERED:**

Defendants' Motion to Compel Plaintiff to Respond to Interrogatories and Request for Production (Doc. #54) is **GRANTED**.  Plaintiff shall have up to and including **February 28, 2013** to respond to Defendants' Interrogatories and Request for Production.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of January, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record