UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NORMAN WAYNE JONES,

     Plaintiff,

v.                                Case No:  2:12-cv-285-Ftm-29SPC

ROB LEOCADIO, PATRICK MCMANUS
and KEVIN RAMBOSK,

     Defendants.

_____/

## <u>ORDER</u>

This matter comes before the Court on Defendants' Motion to be Excused from Mediation (Doc. #67) filed on February 1, 2013.  Plaintiff *pro se* filed a response in opposition (Doc. #64) on February 15, 2013.  The Court held a telephonic hearing regarding the issues raised in the Motion on February 22, 2013.  Plaintiff and counsel for the Defendants participated.

Defendants request to be excused from the requirement to mediate this case as Plaintiff is incarcerated in north Florida.  For the reasons discussed at the hearing, Defendants request is granted to the extent that the mediation will not occur at Jackson Correctional Institution, located in north Florida.  Rather, the Court will set the matter for a status conference at the Federal Courthouse in Fort Myers, Florida to discuss issues in the case.

Accordingly, it is now

**ORDERED:**

Defendants' Motion to be Excused from Mediation (Doc. #67) is **GRANTED in part**. The Court will set this matter for a status conference under separate order.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of February, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record