UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NORMAN WAYNE JONES,

    Plaintiff,

v.                                                                                          Case No:  2:12-cv-285-Ftm-29SPC

ROB LEOCADIO, PATRICK MCMANUS
and KEVIN RAMBOSK,

    Defendants.
_____/

## ORDER

This matter comes before the Court on Plaintiff's Inquiry Motion for Copies (Doc. #78) filed on April 23, 2013.  Plaintiff requests that he be provided one courtesy copy of the docket sheet.  The Court will provide Plaintiff with one free copy of the docket sheet.  If Plaintiff requests additional copies he will be charged 50 cents per page, which the Court will require payment of prior to providing Plaintiff with the copy.

Accordingly, it is now

**ORDERED:**

Inquiry Motion for Copies (Doc. #78) is **GRANTED**.  The Clerk of Court is directed to send Plaintiff a copy of the docket sheet in this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of April, 2013.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record