UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NORMAN WAYNE JONES,

    Plaintiff,

v.                                                         Case No: 2:12-cv-285-Ftm-29SPC

ROB LEOCADIO, PATRICK MCMANUS
and KEVIN RAMBOSK,

    Defendants.
_____/

**ORDER TO TRANSPORT**

This matter comes before the Court on April 23, 2013. The parties convened with the Court to participate in a settlement conference. The Plaintiff Norman Wayne Jones was present. Upon diligent discussions, an impasse was reached. Thus, the hearing was concluded and the Plaintiff's presence is no longer necessary in this Division. The Plaintiff is, therefore, due to be returned to his prior facility and/or institution. Accordingly, it is now

    **ORDERED:**

The Plaintiff shall be returned to the facility and/or institution prior to his required appearance in this Division.

    **DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of May, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:

Counsel of Record

Suzanne Powell, Correctional Service Consultant at the Florida Department of Corrections (via facsimile)

*Pro Se* Plaintiff