UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NORMAN WAYNE JONES,

    Plaintiff,

v.	Case No: 2:12-cv-285-FtM-29CM

ROB LEOCADIO, Cpl. and
PATRICK MCMANUS, Det.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

**Jury Verdict:**

This action came before the Court for a trial by jury. The issues have been tried or heard and the Jury rendered its Verdict on March 26, 2014.

**IT IS ORDERED AND ADJUDGED:**

Judgment is entered in favor of Defendants and Plaintiff shall take nothing.

    SHERYL L. LOESCH, CLERK


    By: /s/Brenda M. Alexander, Deputy Clerk
    **Date: March 26, 2014**


Copies:  All parties and counsel of record